IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | Case No. 3:24-cr-30004-DWD |
| ) | |
| **LAMAR R. BENNETT,** ) | |
| ) | |
| **Defendant.** ) | |

### ORDER FINDING NO THIRD-PARTY INTERESTS
### (FINAL ORDER OF FORFEITURE)

On January 10, 2025, the Court entered a Preliminary Order of Forfeiture (Doc. 47) against Defendant for the following seized property:

> **One Smith and Wesson 9mm pistol, bearing serial number: PDX6369;**
> **One Glock 43X pistol, bearing serial number: BZRM376;**
> **One Ruger SR9C pistol, with obliterated serial number; and**
> **Any and all ammunition contained therein.**

The Preliminary Order of Forfeiture stated the Government would provide an opportunity for persons to claim a legal interest in the property under 21 U.S.C. § 853(n)(1). The Government has now provided a sworn declaration that notice was published on an official government website, www.forfeiture.gov, for 30 consecutive days beginning May 28, 2025, and ending June 26, 2025. (Doc. 75-1). No third party filed a petition, within 30 days after the last date of the publication, to allege an interest in the property under § 853(n)(2).

Consequently, the Court **FINDS**, pursuant to § 853(n)(7), that no third-party petitions were filed and that the United States of America has clear title to the above-

described property that was the subject of the Preliminary Order of Forfeiture, namely:

> **One Smith and Wesson 9mm pistol, bearing serial number: PDX6369;**
> **One Glock 43X pistol, bearing serial number: BZRM376;**
> **One Ruger SR9C pistol, with obliterated serial number; and**
> **Any and all ammunition contained therein.**

The United States Marshal or the property custodian for the Federal Bureau of Investigation shall dispose of the property according to law.

Consistent with this Order, the Government's Motion for an Order Finding No Third-Party Interests is **GRANTED**. (Doc. 76).

**SO ORDERED**.

Dated: October 16, 2025.

s/ *David W. Dugan*
DAVID W. DUGAN
United States District Judge
